# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS KEITH KIEREN, JR.,
                    Appellant,
vs.
THE STATE OF NEVADA; CHARLES
DANIELS, DIRECTOR, NDOC; AND
RANDALL GILLMER, DIV. PUB.
SAFETY, NDOC,
                    Respondents.

No. 84871

FILED

JUN 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to dismiss. First Judicial District Court, Carson City; James Todd Russell, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. The notice of appeal was prematurely filed in the district court after the filing of a timely tolling motion for rehearing and before that tolling motion was resolved via a written order entered in the district court. *See* NRAP 4(a)(4) (regarding tolling motions); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a post-judgment motion carries tolling effect). To date, it appears that the tolling motion remains pending in the district court. As this court lacks jurisdiction to consider a premature notice of

22-20638

appeal, *see* NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."), this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                Herndon


cc:     Hon. James Todd Russell, District Judge
        Dennis Keith Kieren, Jr.
        Attorney General/Carson City
        Carson City Clerk